IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TYQASHIA SELLERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:24-CV-234 |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. After the recommendation was filed, the plaintiff did not file any objections but she did file an amended complaint. Doc. 6. However, it suffers from the same defects as the original complaint, which defects were clearly explained by the Magistrate Judge. The Recommendation is adopted in full as to the original complaint. The factual allegations in the amended complaint remain conclusory and provide no details at all; the constitutional claims asserted are not plausible. The amended complaint, just like the original complaint, fails to state a claim and will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

It is **ORDERED AND ADJUDGED** that this action dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim.

This the 24th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE